NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADVANCE CONSTRUCTION SERVICES, INC.,**
*Appellant,*

v.

**JOHN MCHUGH, SECRETARY OF THE ARMY,**
*Appellee.*

---

2011-1536

---

Appeal from the Armed Services Board of Contract Appeals in no. 55232, Administrative Judge Owen C. Wilson.

---

**ON MOTION**

---

**O R D E R**

Advance Construction Services, Inc. moves for a 22-day extension of time, until April 6, 2012, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 1 6 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Gerald Scott Walters, Esq.
Dawn E. Goodman, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 6 2012

JAN HORBALY
CLERK